UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-33535 |
|---|---|
|    MARK BRYANT PATTON | (Chapter 13) |
|    AMY MARIE PATTON | |
|                            Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019154**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | MARK BRYANT PATTON & AMY MARIE PATTON<br>221 CHRIS DRIVE<br>ENGLEWOOD, OH  45322 | 484.62 |

    /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/8/2010

Certificate of Service                    07-33535

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARK BRYANT PATTON
AMY MARIE PATTON
221 CHRIS DRIVE
ENGLEWOOD, OH  45322

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(32.1n)
HOUSEHOLD REALTY CORPORATION
961 WEIGEL DR
ELMHURST, IL  60126

(31.1n)
MIA L CONNER
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(35.1n)
RECOVERY MGT SYS CORP
ATTN RAMESH SINGH BK SPECIALIS
25 SE 2ND AVE STE 1120
MIAMI, FL  33131

Jeffrey M. Kellner BY         /s/ Jeffrey M. Kellner                    sv